UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TODD,

    Plaintiff,

v.

SONDRA HOFFMAN, et al.,

    Defendants.

ORDER

Plaintiff's lodged complaint is subject to the pre-filing review order in case number 2:13-cv-1018-GEB-AC, ECF No. 5. Paragraph 4(c) of the pre-filing review order provides that plaintiff is not permitted to proceed *in forma pauperis* in any action filed in this court unless nonfrivolous allegations of a verified complaint show that he is under imminent danger of serious physical injury or unlawfully restrained in violation of his liberty. *See* 2:13-cv-1018-GEB-AC, ECF Nos. 3, 5. After reviewing the complaint, the court concludes that plaintiff's filing does not meet the requirements of paragraph 4(c) of the pre-filing review order.

Accordingly, it is hereby ordered that:

1. Plaintiff's complaint shall not be filed;

2. The Clerk shall retain a copy of the complaint only, exclusive of any exhibits; and

3. The Clerk shall return the documents to plaintiff.

DATED: January 28, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE